

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-17-00445-CV

_____

RALANDA WANDA KAY RICHARD, Appellant

V.

FW HUNTER PLAZA, L.P., Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2017-006011-1

Before Pittman, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant Ralanda Wanda Kay Richard's brief was originally due on June 13, 2018. On June 14, 2018, we granted her first requested extension of time in part and ordered the brief due no later than July 13, 2018. On July 26, we granted her second requested extension of her briefing deadline and ordered her brief due on August 20, 2018. On August 21, 2018, we granted Appellant's third requested extension of her briefing deadline and ordered her to file the brief no later than September 24, 2018. We stated, "**NO FURTHER EXTENSIONS WILL BE GRANTED.**" Nevertheless, on September 27, 2018, we granted Appellant's request for leave to file her brief late, and ordered her tendered brief filed that date.

Also on that date, however, we notified Appellant that her brief is deficient, specifically listing the ways in which the brief does not comply with the rules of appellate procedure. *See* Tex. R. App. P. 9.1, 9.4(i), 38.1(a)–(d), (f)–(k), 2nd Tex. App. (Fort Worth) Loc. R. 1.A. We directed Appellant to file an amended brief which complies with the appellate rules by October 8, 2018. *See* Tex. R. App. P. 9, 38, and 2nd Tex. App. (Fort Worth) Loc. R. 1. We stated that her failure to do so could result in our striking the noncompliant brief and dismissing the appeal or a waiver of noncompliant points. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3.

On October 8, 2018, Appellant did not file an amended brief. She instead filed a "motion requesting extension of time to mail the documents into the courts and ask

permission to send evidence of recordings onto a thumb drive by October 31, 2018."
The motion is **DENIED**, as are all other pending motions.

Because Appellant has failed to file a compliant, amended brief even after we afforded her an opportunity to correct her brief, we strike Appellant's brief and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).


Per Curiam

Delivered: October 18, 2018